UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE A. BELL,<br><br>                Plaintiff,<br><br>v.<br><br>HEIDI WASHINGTON, *et al.*,<br><br>                Defendants. | Case No. 23-12720<br>Honorable Brandy R. McMillion<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES, MOTION TO QUASH SUBPOENAS, AND MOTION TO STAY DISCOVERY, AND DENYING PLAINTIFF'S PENDING NONDISPOSITIVE MOTIONS
(ECF NOS. 18, 19, 29, 31, 38, 47, 53, 56)**

The Court has recommended that Bell's amended complaint be dismissed. ECF No. 5; ECF No. 59. In the report and recommendation, the Court relied in part on defendants' motion to dismiss. ECF No. 30. Defendants' motion for leave to file excess pages related to their motion to dismiss is granted. ECF No. 29.

Because of the recommendation that Bell's amended complaint be dismissed, the Court grants defendants' motion to quash subpoenas and stay discovery and denies as moot Bell's pending nondispositive motions.

ECF No. 18; ECF No. 19; ECF No. 31; ECF No. 38; ECF No. 47; ECF No. 53; ECF No. 56.

**IT IS ORDERED.**

Dated: May 15, 2024

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 15, 2024.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager